IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHELIA STANLEY & GLENNIE STANLEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:09cv804-MEF |
| ) | |
| REDLINE RECOVERY SERVICES, LLC, ) | (WO) |
| ) | |
| Defendant. ) | |

**PARTIAL FINAL JUDGMENT**

In accordance with the parties agreement, as evidenced by the Defendant Redline Recovery Services, LLC's Motion for Entry of Partial Consent Judgment as to FDCPA Claims (Doc. # 48) and Plaintiffs' Response to Order to Show Cause (Doc. # 51), and pursuant to Federal Rule of Civil Procedure 54(b), it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Defendant Redline Recovery Services, LLC's Motion for Entry of Partial Consent Judgment as to FDCPA Claims (Doc. # 48) is GRANTED.

2. Furthermore, the Court finds that there is no just reason for delaying the entry of final judgment as to some, but not all, of the remaining claims.

3. Judgment be and is hereby entered in favor of the plaintiffs, Shelia Stanley and Glennie Stanley, and against the defendant, Redline Recovery Services, LLC, on Plaintiffs' claims pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, *except for the claims that relate to the alleged third party contacts by Latisha Vassel Parham as set forth specifically in Paragraphs 29-31, 40-42 (claimed violations of § 1692c) and 43*

*(claimed violation of § 1692d by "contacting third party relatives") of the Amended Complaint*, in the amount of one thousand ($1,000) per plaintiff, with any remaining liability under the FDCPA and actual damages, if any, to be decided at trial, and reasonable attorneys' fees and costs to be taxed at a later date.

4. The Clerk of Court is DIRECTED to enter this document on the civil docket as a partial final judgment pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure. This file is to remain open pending the resolution of the remaining claims.

Done this the 13th day of September, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE