# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SHELIA STANLEY &** ) | |
| **GLENNIE STANLEY,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:09-cv-804-MEF** |
| ) | |
| **REDLINE RECOVERY** ) | |
| **SERVICES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

Comes now the Plaintiffs and the Defendant, by and through their respective, undersigned counsel of record, and gives notice to the court that they each stipulate that all claims in this matter may be dismissed with prejudice pursuant to F.R.C.P. 41.  Each party to bear its own costs.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Gerald A. Templeton certifies that he has the express permission and agreement of counsel for Defendant to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this document.

Filed and submitted on the 8th day of October, 2010.

|  |  |
|---|---|
|  | /s Gerald A. Templeton |
| OF COUNSEL | Gerald A. Templeton, Esq. |
| BROCK & STOUT, LLC. | Attorney for Plaintiffs |
| 2 Metroplex Drive |  |
| Suite 107 |  |
| Birmingham, Alabama 35209 |  |
|  | /s John W. Scott |
| OF COUNSEL | John W. Scott, Esq. |
| SCOTT, DUKES & GEISLER, P.C. | Attorney for Defendant |
| 2100 Third Ave. N, Ste. 700 |  |
| Birmingham, Alabama 35203 |  |